**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CLAYTON TODD LOWMASTER and BRADLEY L. SPORNEY,

Plaintiffs,

v.

CHRISTIE A. WEIMAR, DAVID ELLIOT, TIMOTHY E. DEVICK, and CITY OF MINNEAPOLIS,

Defendants.

Civil No. 00-2555 (DWF/AJB)

**ORDER**

---

Thomas J. White, Esq., Klein & White, 4570 77th Street West, Suite 100, Minneapolis, MN 55435, counsel for Plaintiffs.

---

Upon examination of the file in this matter and the documents contained therein, the Court has determined that more than 120 days have elapsed since suit was filed. The Federal Rules of Civil Procedure and the Local Rules of this District require that the Complaint and Summons be served upon the defendant within 120 days of filing of the Complaint, and that thereafter an Answer or other pleading be filed. The Court does not permit counsel to extend the time for filing an Answer or other pleading by agreement, although an initial motion for extension of time will be favorably considered by the Court in the absence of any objection by opposing counsel.

Filed APR 10 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Accordingly, counsel for Plaintiffs is directed to:

1. Immediately serve the Complaint and Summons upon the Defendants, if this has not yet occurred.

2. Immediately notify defense counsel of the requirement that counsel appear by filing the pleading or move for an extension of time for filing; or

3. File an application for entry of default judgment unless the required pleading is filed within the time allowed by the rules; or

4. Advise the Court in writing if good cause exists for noncompliance with the terms of this Order.

Unless Plaintiffs' counsel complies with this Order within 30 days of this date, this case will be dismissed for lack of prosecution.

Dated: April 10, 2001

DONOVAN W. FRANK
Judge of United States District Court