**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CLAYTON TODD LOWMASTER and BRADLEY L. SPORNEY,

Plaintiffs,

v.

CHRISTIE A. WEIMAR, DAVID ELLIOT, TIMOTHY E. DEVICK, and CITY OF MINNEAPOLIS,

Defendants.

Civil No. 00-2555 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas J. White, Esq., Klein & White, 4570 77th Street West, Suite 100, Minneapolis, MN 55435, counsel for Plaintiffs.

---

Plaintiff has failed to respond to this Court's Order, dated April 14, 2001, requesting that an Answer be filed. Therefore,

**IT IS ORDERED** that this action is hereby dismissed for lack of prosecution.

Dated: May 15, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 15 2001
Francis E. Dosal, Clerk
Judgment Entered MAY 15 2001
Deputy Clerk's Initials ____________