# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Clayton Todd Lowmaster and
Bradley L. Sporney

Plaintiff

v.

Christie A. Weimar, David Elliot,
Timothy E. Devick and City of
Minneapolis

Defendants

Case No. Civil 00-2555 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for lack of prosecution.

DATE: May 15, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk